IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01061-PAB-MEH

SHARON MCGEE,

    Plaintiff,

v.

TECHTARGET,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 12, 2009.**

    Plaintiff's Motion to Set Answer Date [filed June 11, 2009; docket #8] is **stricken** for failure to comply with D.C. Colo. LCivR 7.1A. The parties are reminded of their obligations to comply fully with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).