IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01061-PAB-MEH

SHARON MCGEE,

    Plaintiff,

v.

TECHTARGET,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 18, 2009.**

    Plaintiff's Amended Motion to Set Answer Date [filed June 17, 2009; docket #11] is **granted**. Defendant shall answer or otherwise respond to Plaintiff's complaint on or before **July 8, 2009**.