IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01061-PAB-MEH

SHARON MCGEE,

    Plaintiff,

v.

TECHTARGET,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 30, 2009.**

    Defendant's Unopposed Motion to Vacate Settlement Conference [filed November 24, 2009; docket #31] is **granted**. The Settlement Conference set for December 4, 2009, is hereby **vacated**. The parties shall conference together and call Chambers at (303) 844-4507 on or before **December 7, 2009**, to reschedule.